UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AUDREY ANN JOY GRANT,

Plaintiff,

v. Case No: 6:25-cv-883-JSS-LHP

PAMELA BONDI, ATTORNEY GENERAL of the UNITED STATES; KRISTI NOEM, Secretary, DEPARTMENT of HOMELAND SECURITY; KIKA SCOTT, Director, U.S. CITIZENSHIP and IMMIGRATION SERVICES; MICHAEL MCCLEARY, Field Office Director, USCIS ORLANDO FIELD OFFICE; U.S. CITIZENSHIP and IMMIGRATION SERVICES,

Defendants.
_____________________________________/

**ORDER**

Plaintiff has filed a notice of voluntary dismissal without prejudice. (Dkt. 13.) *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action . . . by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."). Upon review of the docket, Defendant has not served an answer or a motion for summary judgment. *See PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order.").

Accordingly:

1. This case is **DISMISSED without prejudice**.
2. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Orlando, Florida, on December 1, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record